**WILSON ELSER**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
JONATHAN C. PATTILLO, ESQ.
Nevada Bar No. 13929
E-mail: Jonathan.Pattillo@wilsonelser.com
300 South 4th Street, 11th Floor
Las Vegas, NV 89101-6014
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Keolis Transit Services, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BOBBY CRAWFORD, an individual,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>KEOLIS TRANSIT SERVICES, LLC; JOHN DOE DRIVER, individually and DOE DRIVER; DOES I through XX, inclusive; DOE EMPLOYEES I through XX, inclusive; DOES I through XX, inclusive; and ROE CORPORATIONS I through XX, inclusive,<br><br>　　　　　　Defendant. | Case No: 2:19-cv-1641-GMN-VCF<br><br>**Stipulation and Order to Dismiss** |

The parties stipulate to dismiss this matter with prejudice, each to bear their own fees and costs.

| WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP | HUTCHINGS LAW GROUP, LLC |
|---|---|
| */s/ Michael P. Lowry*<br>Michael P. Lowry, Esq.<br>Jonathan C. Pattillo, Esq.<br>300 South Fourth Street, 11th Floor<br>Las Vegas, Nevada 89101-6014<br>Attorneys for Keolis Transit Services, LLC | */s/ Eric Roy*<br>Eric Roy, Esq.<br>703 S. 8th St.<br>Las Vegas, Nevada 89101<br>Attorneys Bobby Crawford |

**IT IS SO ORDERED**.

Dated this  8   day of January, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court

**Certificate of Service**

Pursuant to NRCP 5(b), I certify that I am an employee of WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP, and that on January 7th, 2020, I served the **Stipulation and Order to Dismiss:**

☐    by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada;

☒    via electronic means by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic case filing user with the Clerk; and pursuant to Rule 9 of the N.E.F.C.R.

ERIC ROY LAW FIRM
Eric Roy, Esq.
700 South Eighth Street
Las Vegas, NV 89101
Attorney for Plaintiff

BY: */s/ Michael Lowry*
An Employee of


-2-